# HOMEOWNER'S MANUAL
## WITH LIMITED WARRANTY AND
## ARBITRATION AGREEMENT





HOME CARE
DVD
ENCLOSED!

# The Purpose of This Manual

Like any valuable investment, your home needs tender loving care to keep it in smooth working order and to assure its being a source of pride and enjoyment to you and your family. The responsibility for its maintenance is largely yours. The routine is fairly simple – but it does require that you give it attention before problems arise. This manual has been prepared to help you meet your responsibilites and to explain the principal areas of your home which should receive regular attention.

The Maintenance Calendar on page 31 will help you give regular attention to the working systems of your home, including:

- The central utility systems of plumbing, heating, electricity and gas.
- The structure of your home – roof, floors, windows, doors.
- Special problems such as moisture, or shrinkage and expansion.
- Special safety features in your home.

Some routine tasks can be performed by you and others require the services of trained and qualified personnel. We suggest that you attempt only the home repairs that you know you are qualified to perform. Structural changes, repair of the operating equipment, electrical, gas, or water systems should be attempted only by qualified service personnel.

The vital information regarding the performance of this home will be found on the DATA PLATE that is normally in the master bedroom closet. If the data plate is placed elsewhere, it will be located in the cabinet below the kitchen sink. This data plate is your reference guide about the functioning of your home *within the geographical area for which it has been designed*. It provides the following information:

1. Manufacturer's Name and Address

2. The serial number and model of the home, and date of manufacture.

3. A statement of conformance to the Federal Manufactured Home Construction and Safety Standard (HUD only).

4. A listing of all factory-installed equipment and the manufacturer's name and model designation of all appliances that are installed in the home.

5. Maps which explain the geographic structural zones of the USA for which the home has been manufactured (HUD only), the roof load and wind zone for which the home has been designed.

6. A Heating Certificate which provides information regarding the outdoor winter design temperature for which the home is acceptable and the lowest outdoor temperature for which the installed heating equipment has the capacity to maintain an average temperature of 70°F (HUD only).

7. Information about the readiness of the home to accept a central air conditioning system will be given in *one of three* possible ways on a Comfort Cooling Certificate (HUD only). These are:

   a. If a central air system is *provided*, a statement regarding its ability to maintain an indoor temperature of 75°F.

   b. If the air distribution system is suitable for use (but not equipped) with air conditioning, a statement is provided.

   c. If your home is equipped with an air supply duct system that is *not suitable* for installation of central air conditioning, this fact will be stated.

**TO BE COMPLETED AFTER THIRD SALE**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 4665 KNOXVILLE, TN

POSTAGE WILL BE PAID BY ADDRESSEE

CLAYTON HOMES
WARRANTY REGISTRATION CENTER
PO BOX 9780
MARYVILLE, TN 37802-9974

**TO BE COMPLETED AFTER SECOND SALE**

CAREFULLY CUT ALONG DOTTED LINE AND MAIL TO CLAYTON HOMES. NO POSTAGE NECESSARY

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 4665 KNOXVILLE, TN

POSTAGE WILL BE PAID BY ADDRESSEE

CLAYTON HOMES
WARRANTY REGISTRATION CENTER
PO BOX 9780
MARYVILLE, TN 37802-9974

**TO BE COMPLETED AFTER FIRST SALE**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 4665 KNOXVILLE, TN

POSTAGE WILL BE PAID BY ADDRESSEE

CLAYTON HOMES
WARRANTY REGISTRATION CENTER
PO BOX 9780
MARYVILLE, TN 37802-9974

## PLEASE DETACH AND RETURN
### WARRANTY REGISTRATION

OWNER/PURCHASER _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ HOME/MOBILE PHONE _____

RETAILER/SELLER _____ DATE SOLD _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

**LOCATION OF HOME**
STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

DATE OF MFG: ___/___/___   SERIAL NO. _____

MODEL NO. _____

| MFG. ENTRY | DESIGN WIND ZONE | DESIGN ROOF LOAD | THERMAL ZONE |
|---|---|---|---|
| | _____ WIND ZONE I 15 PSF | _____ SOUTH-20 PSF | _____ ZONE I |
| | _____ WIND ZONE II 100 MPH | _____ MIDDLE-30 PSF | _____ ZONE II |
| | _____ WIND ZONE III 110 MPH | _____ NORTH-40 PSF | _____ ZONE III |
| | _____ OTHER _____ MPH | | |

KEEP THIS BOOKLET WITH YOUR HOME. TITLE VI OF THE HOUSING AND COMMUNITY ACT OF 1974 PROVIDES YOU WITH PROTECTION AGAINST CERTAIN CONSTRUCTION AND SAFETY HAZARDS IN YOUR HOME. TO HELP ASSURE YOUR PROTECTION, THE MANUFACTURER OF YOUR HOME NEEDS THE INFORMATION THAT THE WARRANTY CARDS O THIS PAGE, WHEN COMPLETED AND MAILED, WILL SUPPLY. IF YOU BOUGHT YOUR HOME FROM A RETAILER, PLEASE BE SURE THAT YOU RETAILER HAS COMPLETED AND MAILED A CARD FOR YOU. THIS WILL ENSURE THAT YOUI HOME IS REGISTERED IN OUR WARRANTY INFORMATION CENTER. IF YOU ACQUIRED YOUR HOME FROM SOMEONE WHO IS NOT A RETAILER, YOU SHOULD PROMPTLY FILL OUT AND SEND A CARD TO THE MANUFACTURER. II IS IMPORTANT THAT YOU KEEP THIS BOOKLET AND GIVE IT TO ANY PERSON WHO BUYS THE HOME FROM YOU.

## PLEASE DETACH AND RETURN
### WARRANTY REGISTRATION

OWNER/PURCHASER _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ HOME/MOBILE PHONE _____

RETAILER/SELLER _____ DATE SOLD _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

**LOCATION OF HOME**
STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

DATE OF MFG: ___/___/___   SERIAL NO. _____

MODEL NO. _____

| MFG. ENTRY | DESIGN WIND ZONE | DESIGN ROOF LOAD | THERMAL ZONE |
|---|---|---|---|
| | _____ WIND ZONE I 15 PSF | _____ SOUTH-20 PSF | _____ ZONE I |
| | _____ WIND ZONE II 100 MPH | _____ MIDDLE-30 PSF | _____ ZONE II |
| | _____ WIND ZONE III 110 MPH | _____ NORTH-40 PSF | _____ ZONE III |
| | _____ OTHER _____ MPH | | |

KEEP THIS BOOKLET WITH YOUR HOME. TITLE VI OF THE HOUSING AND COMMUNITY ACT OF 1974 PROVIDES YOU WITH PROTECTION AGAINST CERTAIN CONSTRUCTION AND SAFETY HAZARDS IN YOUR HOME. TO HELP ASSURE YOUR PROTECTION, THE MANUFACTURER OF YOUR HOME NEEDS THE INFORMATION THAT THE WARRANTY CARDS O THIS PAGE, WHEN COMPLETED AND MAILED, WILL SUPPLY. IF YOU BOUGHT YOUR HOME FROM A RETAILER, PLEASE BE SURE THAT YOU RETAILER HAS COMPLETED AND MAILED A CARD FOR YOU. THIS WILL ENSURE THAT YOUI HOME IS REGISTERED IN OUR WARRANTY INFORMATION CENTER. IF YOU ACQUIRED YOUR HOME FROM SOMEONE WHO IS NOT A RETAILER, YOU SHOULD PROMPTLY FILL OUT AND SEND A CARD TO THE MANUFACTURER. II IS IMPORTANT THAT YOU KEEP THIS BOOKLET AND GIVE IT TO ANY PERSON WHO BUYS THE HOME FROM YOU.

## PLEASE DETACH AND RETURN
### WARRANTY REGISTRATION

OWNER/PURCHASER _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ HOME/MOBLIE PHONE _____

RETAILER/SELLER _____ DATE SOLD _____

STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

**LOCATION OF HOME**
STREET ADDRESS _____

CITY _____ STATE ____ ZIP ____ PHONE _____

DATE OF MFG: ___/___/___   SERIAL NO. _____

MODEL NO. _____

| MFG. ENTRY | DESIGN WIND ZONE | DESIGN ROOF LOAD | THERMAL ZONE |
|---|---|---|---|
| | _____ WIND ZONE I 15 PSF | _____ SOUTH-20 PSF | _____ ZONE I |
| | _____ WIND ZONE II 100 MPH | _____ MIDDLE-30 PSF | _____ ZONE II |
| | _____ WIND ZONE III 110 MPH | _____ NORTH-40 PSF | _____ ZONE III |
| | _____ OTHER _____ MPH | | |

KEEP THIS BOOKLET WITH YOUR HOME. TITLE VI OF THE HOUSING AND COMMUNITY ACT OF 1974 PROVIDES YOU WITH PROTECTION AGAINST CERTAIN CONSTRUCTION AND SAFETY HAZARDS IN YOUR HOME. TO HELP ASSURE YOUR PROTECTION, THE MANUFACTURER OF YOUR HOME NEEDS THE INFORMATION THAT THE WARRANTY CARDS O THIS PAGE, WHEN COMPLETED AND MAILED, WILL SUPPLY. IF YOU BOUGHT YOUR HOME FROM A RETAILER, PLEASE BE SURE THAT YOU. RETAILER HAS COMPLETED AND MAILED A CARD FOR YOU. THIS WILL ENSURE THAT YOUI HOME IS REGISTERED IN OUR WARRANTY INFORMATION CENTER. IF YOU ACQUIRED YOUR HOME FROM SOMEONE WHO IS NOT A RETAILER, YOU SHOULD PROMPTLY FILL OUT AND SEND A CARD TO THE MANUFACTURER. II IS IMPORTANT THAT YOU KEEP THIS BOOKLET AND GIVE IT TO ANY PERSON WHO BUYS THE HOME FROM YOU.

# Contents

|  | Page |
|---|---|
| Purpose of Manual | ii |
| Table of Contents | iii |

## SECTION I - EXTERIOR MAINTENANCE — 1

| | |
|---|---|
| Exterior Finishes and Their Care | 2 |
| Insulation | 3 |
| Locks and Keys | 3 |
| Roofs | 3 |
| Set-Up Procedures | 4 |
| Standard Wind vs. High Wind Areas | 6 |

## SECTION II - INTERIOR MAINTENANCE — 7

| | |
|---|---|
| Air Conditioning | 8 |
| Appliances and Fixtures | 8 |
| Cabinets and Cupboards | 9 |
| Ceilings | 10 |
| Condensation and Air Quality | 10 |
| Whole House Ventilation | 11 |
| Doors | 12 |
| Floors | 12 |
| Furniture | 12 |
| Smoke Alarms | 13 |
| Walls | 13 |
| Windows | 14 |
|     Exit Windows | 14 |

## SECTION III – UTILITY SYSTEMS — 15

| | |
|---|---|
| Electric Power Supply | 16 |
|     Ground Fault Circuit Interrupter or GFCI | 17 |
| Gas Supply System | 17 |
| Heating/Cooling Systems | 18 |
| Furnace Maintenance | 19 |
| Fuel Burning – Heat Producing Appliances | 19 |
| Water Supply System | 20 |
| Water Heater | 20 |
| Drainage System | 21 |

## SECTION IV – INSURANCE — 22

| | |
|---|---|
| Insurance | 23 |

## SECTION V – SPECIAL INFORMATION — 24

| | |
|---|---|
| Moving | 25 |
| Check List for Moving | 25 |
| U.S. Department of Housing and Urban Development (HUD) | 26 |
| State Administrative Agencies (SAA) | 26 |
| Important Health Notice | 29 |
| Limited One Year Warranty and Arbitration Agreement | 29 |
| Preventive Maintenance | 31 |
| Owner's Maintenance Calendar | 31 |
| Directory of Service Firms | 32 |
| Owner's Maintenance Record | 34 |

## SECTION VI – DISPUTE RESOLUTION

| | |
|---|---|
| Dispute Resolution | 35 |

iii

# SECTION

# I

# EXTERIOR MAINTENANCE

## Exterior Maintenance

### Exterior Finishes and Their Care

Exterior finishes may be pre-finished color-coated aluminum, sheet steel, vinyl, wood siding, hardboard, or cement board.

**Aluminum or Steel Siding**  The color coating of the metal-sided home is generally a synthetic enamel, lacquer, or acrylic-type enamel, each of which has good endurance qualities. Any finish will deteriorate with age and exposure to the elements. However, the life of the finish can be extended by keeping it clean and waxed.

Best maintenance of exterior finishes involves washing with clear, cool water before dirt and grime accumulate excessively. The surface should never be dry dusted.

*Exterior Washing*    A metal-sided home should never be washed in the rays of the hot sun. The exterior should be allowed to cool before it is washed.

To remove oils, greases, dust and dirt, wash the surface with mild, non-abrasive soap or detergent. Detergents used in automatic dishwashers are generally too strong to be used in cleaning painted or bare aluminum.

Use a large sponge or a soft cotton cloth to apply the cleaning solution. In the case of patterned surfaces, apply with a medium bristled brush.

Following the application of the cleaner, rinse with clear water, flushing out all cracks, grooves and crevices thoroughly. Then dry the entire surface using a chamois or cloth to prevent streaking.

*Cleaners*    These come in paste and liquid form and can be used to loosen any road film, or oil accumulation when the home is in transit as well as tree sap and grime that collects after the home is sited.

An efficient cleaner removes oxidized paint which sometimes forms. Because paint and lacquer are organic materials, they deteriorate from the action of the elements, especially sunlight. A microscopic film of "dead" paint or lacquer forms on the surface which must be removed if the finish is to be bright. The "live" paint remaining is still tough and hard and is unaffected by the cleaner.

After the surface has been cleaned, it may then be waxed (polished) for maximum protection.

*Waxing*    Pre-finished metal exteriors may be waxed for maximum protection. Wax finishes last longer when applied in the spring or fall and when the temperature ranges between 50 and 70 degrees. Winters are hard on wax durability because of snow, sleet, mud, and dirt. Hot summer sunshine deteriorates the paint film and makes waxing necessary more frequently.

Paste waxes leave a durable coating. They provide protection from abrasion and minor scratches. The wax coating makes the home easier to wash.

Most waxes have limited cleaning power, and should only be applied to a clean surface. Unless a home is brand new, it should be cleaned with a commercial cleaner or cleaner-polish before waxing. The wax should be applied to a small section at a time with a soft cloth. Only a thin coating should be applied and then rubbed vigorously until the solvent has evaporated and the wax has set in a hard, brilliant shine.

*Combination cleaner-polish*  This is usually in liquid form and a single application both cleans and polishes. It is a faster method of protection but less effective and must be done more often. The cleaner-polish contains a slightly abrasive cleaning ingredient and a small amount of wax or oil.

Before using either a cleaner preparation or a combination cleaner-polish, the home should be washed and allowed to dry. Then either the cleaner, followed by waxing, or the cleaner-polish routine should be followed. Only a soft, clean cloth should be used. The residue should be removed with a dry cloth.

*Oil and Tar*  A tar remover can be used to remove tar and oil without damaging the finish.

> **CAUTION: If the finish is of the acrylic type high luster enamel, Naptha or gasoline should NOT be used for removing tar as such solvents may soften the finish. The cleaning materials are also highly flammable and their use could result in a fire or explosion.**

2

**Vinyl Siding**    Normal rainfall or an occasional rinsing with a hose will keep the siding free of loose dirt. Do not wash the house when the surface is warm from the sun. If dirt accumulates, use a non-abrasive household detergent with a soft cloth, sponge or soft bristle brush to clean siding. Some stains, caused by wet leaves or flowers which have been allowed to stand, may require extra rubbing with the cleaner. A solution of laundry detergent, cleanser and water will remove most stains. Bleach will aid in the removal of mildew. Rinse thoroughly. Waxing of vinyl siding is not recommended. **NOTE:** For the exterior cleaning of metal or vinyl siding, a commercial cleaner is available in most areas. Your local parts manager or retailer can help in locating a reliable source when needed.

**Wood or Hardboard Siding** If your home has wood or hardboard siding you should inspect the siding surface and all caulked (sealed) joints periodically (preferably prior to the heating season) to determine the need for recaulking (resealing) and/or refinishing.

*Recaulking* (Resealing)    If caulking in joints is loose, cracked or shows other signs of failure, it should be replaced. You can scrape out the old caulk with a screwdriver or awl, then recaulk with a non-hardening caulk such as acrylic latex or silicone. Do not attempt to caulk over the existing caulk. Apply the caulk over dry surfaces only, following the instructions on the caulking container carefully. This task may require some use of tools to set the caulking against the sides of the joint. Some caulking comes in packages which require a caulking "gun".

*Refinishing*    As is the case with homes sided with wood products, periodic re-staining or re-painting is required. At a minimum you should stain or paint the exterior of your home every 5 years and more often if the surfaces show discolored blotchiness or the coating is too thin, porous, checked, cracked, scaling or chalking to a point the finish no longer protects the surfaces. You can repaint or restain the siding using a good grade of acrylic latex or oil-based finish. Refinishing should only be done on a clean, dry surface and following the instructions supplied with the paint or stain.

## Insulation

Homes are insulated with fiberglass wool or other suitable insulation in the walls, floors, and ceiling.

The type, thickness, and application of the insulation has been carefully engineered so that the home meets the requirements of the applicable standard to keep the home comfortable in both summer and winter. The home standard sets maximum allowable heat loss for homes for different zones of the country. The manufacturer must provide a map showing for which zone the house has been built. This map is to be found on the Data Plate (HUD only).

## Locks and Keys

Locks on exterior doors are designed to function properly when the depth behind the strike permits the latch bolt to be fully extended. The house must be level so that the latch bolt  and door strike are completely in alignment. If not, an adjustment should be made so that the door strike and the latch bolt will mate properly. (See Section entitled "Settling" on page 5.) Powdered graphite should be used occasionally to lubricate any lock mechanism. A record should be kept of the identification number and make of the house lock. With this information it should be possible to obtain a duplicate key from a locksmith if keys are lost.

## Roofs

The roof of your home generally receives the hardest wear of any part of the structure. Rain and sleet may beat unrelentingly upon it. Wind, hot sun, and alternate freezing and thawing temperatures in some areas all take their toll, and it may develop leaks.

The smallest leak or break in the roof can mean damaged ceilings, interior panels, and even furnishings. Rust, oxidation, breaks, and cracks on the roof panels are all potential trouble points. The roof should be checked periodically for these warning signals.

Rust and oxidation are almost sure signs of metal roof panel wear. These areas should be scraped or wire brushed and the roof re-coated with a standard

## Exterior Maintenance

roof sealer manufactured for this purpose before additional damage occurs.

Cracks and breaks in metal roof panels should be treated with a special conditioner before using the regular coating. Consult your local paint dealer.

The cause of most costly roof troubles can be avoided by following basic maintenance procedures.

1. The home's roof should not be walked on except when absolutely necessary. Most inspections, cleaning, and roof repair work can be done effectively from a stepladder. When walking on the roof cannot be avoided, only those sections which are supported by rafters or stringers should be walked on. **Utilizing pieces of board or plywood to distribute one's weight and avoid damage is not advised.** Try to avoid walking on the shingles when they are hot, as they become soft and easily damaged.

2. Inspect in the spring and fall for any damage or rolling of individual shingles. Leaves, branches and other debris should not be allowed to accumulate on the roof. An occasional washing with soap or detergent solution, followed by a rinse with clear water, will reduce corrosive action from accumulated dirt.

3. When sited, it is **EXTREMELY IMPORTANT** that the home is properly leveled to avoid strain which can part seams and create buckling of the roof area. Low hanging tree branches should be trimmed so they do not scrape the roof.

**Metal Roofs**   Metal roofs are generally either sheet aluminum or steel. The semi-annual roof inspection should include checking of the seams, moldings, stacks, and vents, as well as the roof surfaces. They should be coated or painted as necessary for a maximum trouble-free life. Coatings should be heavily applied.

**Shingled Roofs**   Inspect in the spring and fall for any damage or rolling of individual shingles. A roof mastic can be used to re-cement and flatten any shingles that have become loose. Cracked or torn shingles should be replaced. Proper roof inspection and maintenance will forestall possible leaks which could be damaging and costly to your home. A roof check after a heavy windstorm may avert trouble.

Snow and ice can accumulate during the winter months. When conditions last long enough an "ice dam" may form on the eaves of the home. A pool of water from melting snow may accumulate behind the ice dam. Ice dam leakage can saturate the insulation in the roof cavity reducing the insulation value and staining the ceiling. To prevent this from happening, snow and ice buildup along the eaves must be closely monitored. If the build-up accumulates to the point that an ice dam is forming, immediate steps must be taken to remove the snow and ice. <u>**SNOW REMOVAL IS THE HOMEOWNER'S RESPONSIBILITY!**</u>

**Other Roofing Materials**   Occasionally other materials, such as vinyl, may be used for roofing. If your roof is of a different material which has special care requirements, these may be on a separate sheet enclosed in the package containing this manual.

**Exterior Moldings**   All molding should be held tightly by mechanical fasteners. Damaged moldings can be removed for repair or replacement. Before moldings are reset, a heavy coating of caulking should be liberally applied to the underside with a small brush, putty knife or caulking gun. If molding is tight, or after it has been reset, a coating should be applied over the top of the entire molding. Special attention should be given to assure that all screw heads are coated.

**Stacks and Vents**   If stacks or vents have rusted and fail to function properly, they should be replaced. Before replacing them, remove the old, dried caulking around them and apply new caulking. Caulking should be applied to the underside of the base flashing of the stack or vent, as well as, to the roof area on which the flashing is to be set. The flashing should be firmly secured in place with screws. Caulking should be applied so that it completely covers all screws.

**Seams**   All roof seams should be occasionally checked for spreading, parting, or buckling and for loose fasteners. Any failure of seams will require expert attention. If you have such a problem, contact the dealer from whom you purchased your home.

## Set-Up Procedure

Correct set-up procedures are absolutely essential if your home is to perform correctly. This work should be done by a competent installer. Your dealer can normally provide this service. You will find instructions for the installer to follow in the package which contains this manual. After the home installation has been completed, we recommend that it be professionally inspected to assure that it has not been damaged in transit and is properly set-up.

**Anchoring Procedure**   Your home has been designed for the installation of an anchoring system to give you added safety and protection from the danger of high winds. You, the home owner, must bear the final expense and responsibility of having this anchor system fastened to ground anchors. **You should not attempt to do this yourself.** The procedure depends on the design of your home, the soil conditions and other climatic factors. Your home retailer or park manager can do this for you or refer you to a qualified installer. Detailed instructions for anchoring are contained in the set-up instructions mentioned above. Anchoring of home must be competeled at the time of installation.

**Leveling**   The dealership or service firm which installs your home will check the floor to insure that it is level. In performing this procedure they may use a spirit level as a guide but will also rely on proper operation of doors and windows to provide an indication of proper alignment. In multiple section homes, the joints between the sections are also an excellent indication of proper floor alignment, and excessive gaps or drafts at the marriage line are indications of improper installation, settling, frost heave or other problems.

In the event you experience symptoms such as this listed above which indicate improper floor alignment, contact the dealer or installer who set up your home to make the necessary adjustments. Finally, although proper alignment of the floor may look simple it requires considerable training and experience and should be left to a professional installer.

**Settling**   As with any building the home may settle after it has been in position for a period of time. When settling does occur, it can affect the proper functioning of locks, closing of doors, windows, and cabinets as well as place undue strain on the structural portions of the home. It can even cause wall panels to come loose and floor coverings to separate.

Should this occur, corrective measures should be taken according to the instructions which accompany this manual. It is recommended that your dealer or a manufactured home service firm they suggest, be engaged to do this work. Consult with your dealer for a suggested source.

> **CAUTION: In any event, for safety's sake, the procedure should never be attempted alone or by an amateur. If the house should slip or tip, a serious accident could occur, causing personal injuries and/or damage to the home.**

**Skirting**   Skirting of your home is recommended. Not only does it improve the appearance of the home, but it also reduces the energy used to heat and cool your home. Some home communities require that all homes be skirted.

An accumulation of moisture under your home can cause condensation problems inside. When skirting your home, provide adequate ventilation with the required number of vents on each side of your house. These vents allow air circulation which will reduce moisture accumulation underneath the home. If the home is not positioned on a cement pad, prevent drawing ground moisture into your home by covering the ground under the home with heavy polyethylene. Be sure to check for adequate drainage and run-off of water from under and around the home.

Leave an access door so you or a serviceman can get under the home for routine inspections or in case of emergencies.

Depending on the model of your home there may be instructions for installing skirting in your installation manual, and you should check this document.

If your house has a clothes dryer, the moisture-lint exhaust duct must not vent under the house.

## Exterior Maintenance

**NOTE:** If your home is constructed with a pressure-treated lumber porch or deck, do not install skirting material around this area. Skirting this area could allow moisture to become trapped beneath the home and cause condensation problems.

**Maintaining Anchoring Systems**  Tie tension should be checked and adjusted when necessary to prevent damage to the home from settling or other unforeseen movements (such as frost heave).

**Frost Heave**    Frost heave can have an adverse effect on your home through movement of the home's anchoring and blocking systems. If your home is located in an area subjected to frost heave, one of the following additional steps should be considered:
  (a) Footings and the load-carrying portion of the ground anchors must extend below the frost line, or
  (b) The home should be placed on a reinforced concrete pad designed by a registered professional engineer.

### Wind Load Zones

Some parts of the country, notably the coastal areas of the Southeast, some New England states, Alaska, Puerto Rico, and the Virgin Islands, have a high occurrence of hurricanes with their extremely high wind velocities. These areas, which are shown on the wind Zone Map on the data plate (HUD only) in your home have more rigorous structural design criteria. Complete installation of the anchor system provided with your manufactured home is especially important if you live inside these high wind zones.
    If your home is designed for one of the high wind areas, you will find instructions for the operation or installation of storm shutters in your installation manual. You should use these shutters to protect your windows and sliding glass doors from extreme wind conditions.

# SECTION

# II

# INTERIOR MAINTENANCE

## Interior Maintenance

### Air Conditioning

Most air conditioning units are installed by the service representative when the home is sited. When an air conditioning unit is added, it must be installed in accordance with local and national codes. It must be listed by a nationally recognized testing laboratory, such as Underwriters' Laboratory, Pittsburgh Testing Laboratories or the American Gas Association.

*NOTE: Condensate drain line from the air conditioning unit must drain to the exterior of the home's perimeter.*

Before turning on the unit (or system) be sure to read all instructions provided by the air conditioner manufacturer, including those for care of the air filter. The filter must be cleaned or replaced periodically as the manufacturer recommends. Usually filters can be cleaned by removing and flushing them thoroughly with water from a hose or tap. Hot water and detergent can be used if necessary.

The thermostat controls can be set to maintain the desired comfort temperature. Special attention should be given to its regulation and the manufacturer's instructions should be followed. **Cooling your home below 76 degrees F or purchasing an oversized air conditioner will increase your chances of developing moisture related problems.** Generally, your air conditioner is most efficient (most economical to operate) if it has long run times and does not stop and start several times per hour. Frequent starting and stopping also reduces the service life of the unit. On the hottest days of the year, your air conditioner should run all day if it has been properly sized to your home. A heating/cooling thermostat should be installed to prevent simultaneous operation of heating and cooling systems.

If the unit should ever fail to operate, check the breaker first. If the breaker has tripped and you cannot determine the reason, contact the representative who provides service for the air conditioner manufacturer. Do not attempt to operate the unit again without the appropriate repairs. If there is a warranty, refer to its provisions.

### Appliances and Fixtures

Certain appliances in your home may be warranted by their manufacturers. If so, the warranty cards have been provided with this manual. Manufacturers of appliances and some fixtures also supply "Use and Care" information. This should be studied carefully and the advice given for preventative maintenance and emergency use should be observed. This information should remain with the appliances when ownership is transferred.

Service representatives for specific brands of appliances are often listed in the yellow pages of your telephone directory. The retailer from whom you bought your home may also have this information.

There are some general maintenance rules which should be followed in caring for major appliances and fixtures.

**Ranges**  *NOTE: All ranges, whether gas or electric installed in your home, are listed by a nationally recognized testing agency.*

Some ranges have a specially treated all-in-one cooking surface which does not have cracks or crevices to trap grease and dirt. These surfaces must be cleaned and cared for in accordance with the manufacturer's instructions. In general, harsh cleaners should not be used on these surfaces, which should be cool when cleaned.

**Gas Ranges**   Gas ranges may be adapted for use with either LP or natural gas upon the installation of the proper orifice. The vast majority in homes are equipped for natural gas. The gas range should be carefully adjusted for the correct fuel at the time of placing the home in operation.

The entire gas system should be thoroughly checked for leaks by a qualified person before the gas is turned on (a representative of the local gas company should be consulted). Incorrect adjustments of the burners, the pilot lights or any part of the system can result in unsatisfactory operation and a dangerous situation. Proper gas pressure is important, any considerable variation from "normal" will adversely affect the operation of the appliance.

> **CAUTION: Before moving your home, the main valve at any outside gas cylinder must be turned off.**

**Electric Ranges**    Care should be taken in cleaning the control panels and the burners so that they are not damaged.

**Refrigerators**    If defrosting is necessary, it should be done in accordance with the "Use and Care" (operating instructions) book. To allow proper air circulation, open grillwork at the top and /or bottom should never be covered. This grill should be brushed or vacuumed as needed. The interior should be cleaned with a solution of water and baking soda as needed, then wiped dry. The exterior can be cleaned with any of the recommended cleaning agents listed in the operating instructions for the appliance.

**Water Heaters**    These appliances are operated by gas or electricity and require little care. They are equipped with thermostats to maintain the water at the desired temperature (usually around 120°F). An adjustment can be made to obtain either hotter or cooler water.

If your home has an electric water heater, be sure that the heater is filled with water before energizing the circuit to the water heater to prevent damage to the heating element. If the circuit to the water heater is energized before it is filled with water, the heating element will burn out.

In the event you must replace a water heater, see the section on water heater on page 20. See also the separate water heater operating instructions for additional information.

**Furnaces**  See the section on furnace maintenance on page 19.

**Washers and Dryers** The manufacturer's instructions for Use and Care should be followed for both of these appliances. Although your home may have the proper electric and plumbing systems to accommodate late installation, do not attempt to install either in your home without competent assistance.

> **CAUTION: If you remove your washer, be sure to cap the drain standpipe to prevent the escape of sewer gases into the home.**

**Other Appliances**    A dishwasher, microwave oven, garbage disposal or other optional appliances may be provided with your home. Operating instructions for factory-installed optional appliances will be included with this manual, or will be with the appliance, if it is factory-installed. If your retailer has installed these extra appliances, he may place the warranty and operating information in a different location. For convenience and safekeeping you may wish to include this information, along with that for other appliances, in the package containing this manual.

**Porcelain Enamel Surfaces**    Most porcelain enamel surfaces of kitchen appliances and some modern plumbing ware may be cleaned with warm water and mild detergent. Commercial cleansers are rarely needed on porcelain finish except for baked-on grease and oven stains or a sink stain which has come from highly mineralized or rusty water.

Porcelain enamel should be protected from a harsh blow of sharp instruments which can chip it.

**Stainless Steel Surfaces**  Stainless steel sinks, appliances, or countertops should be cleaned with detergent, a liquid or a foam-producing cleanser. There are several cleansers which are specifically prepared for stainless steel. Avoid scratching surfaces with sharp edges of utensils or knives as these scratches cannot be removed. A rubber mat in the sink is good protection.

**Acrylic Surfaces**  Some lavatories, bathtubs and counters have acrylic surfaces. There are special cleansers or polishes available for them which should be used instead of an abrasive powder. If a detergent is used, be sure that the surface is thoroughly rinsed so that no film is left to dull the finish.

> **CAUTION: Always follow instructions provided by the appliance manufacturer for surface care and cleaning.**

9

## Interior Maintenance

### Cabinets and Cupboards

Most homes have some built-in cabinetry. If any drawers should stick, wax, paraffin or other suitable commercial products should be applied to the drawer guides to allow them to slide easier.

Should excessive moisture cause plywood or lumber to expand, cabinet doors might stick. If this occurs, a block plane can be used to remove just enough material to eliminate the binding. When doing so, care should be taken not to mar the finish of the door or to remove too much. When atmospheric conditions are less humid and the wood shrinks to normal again, the doors would be perhaps too small.

It is recommended that Old English Scratch Polish, and furniture polish or pure undiluted soap should be used to care for your cabinets. For best results apply your cleaning product to a soft rag or towel before dusting or rubbing any surface. Do not use soap and water, ammonia, bleach-based products or abrasive cleaners on your cabinets. Always follow the instructions on the cleaner being used.

### Ceilings

Ceilings can be either of wood or mineral fiber or of drywall panels. They require little care, but a few problems occasionally occur.

**Scrapes, Scratches, Chips**  These can be rubbed with very soft white chalk and then wiped lightly with a clean cloth. A deep scratch may require more than one application. Drywall ceilings may require touch-up paint.

**Gouges**  Even a badly damaged ceiling panel can usually be repaired.To repair a gouge, first remove all loose pieces, and then fill in with spackling paste applied with a clean putty knife. The paste should be leveled off to the surface of the panel and the compound sculptured to conform to the surface of the panel. After the compound dries, touch-up paint should be applied.

**Dirt Smudges**  Soft, art gum will probably remove dirt and fingerprints from wood fiber ceilings. If a portion of the dirt remains after art gum has been used, the area should be wiped with soft, white chalk

and rubbed over the spot to conceal as much as possible. Drywall ceilings can be cleaned with a damp cloth and mild detergent. Sprayed ceilings should not be exposed to any type of moisture. Stains should be touched up with a high quality interior paint that matches the color of the ceiling.

**Water Stains**  Water stains on ceiling panels may indicate a roof leak or condensation problem. Be sure that this condition is corrected or repair of the stain itself will be futile. Check with your retailer if you need help determining the cause of the stain. After the leakage has been stopped, the area can usually be repainted. In cases where the panel has been badly damaged, you may wish to have it replaced.

**Panel Removal and Replacement**  This type of repair should only be performed by competent service personnel. Should you have a problem of this nature, contact the retailer from whom you bought the home.

**Maintenance**  All ceilings can be dusted clean of smudges or loose dirt with the use of a vacuum cleaner attachment or a soft cloth. Drywall can be washed if the cloth is wrung very dry after it has been dipped in a detergent solution. Fiber ceilings should be dusted rather than washed.

**Repainting**  When repainting is necessary, a good quality product suitable for the surface to be painted should be selected.

### Condensation and Air Quality

**Moisture Control**  The control of moisture in your home is essential to your health, comfort, and preserving the structural integrity of your home and it's contents. Most materials within your home will mold or mildew if they become damp, particulary if they remain wet for several days. Research is continuing on the possible long-term health effect of exposure to mold and mildew. There are several ways you can control moisture levels within your home.

Most moisture problems can be avoided by ensuring that the site is properly prepared prior to installing your home, the detailed set-up procedures

in this manual have been followed, and proper routine maintenance has been performed. Leaks of any type should be repaired immediately and the building materials dried as quickly as possible.

The bottom of your home is covered with a thick black plastic material called bottom board. This material is extremely important in controlling the water vapor that could enter your home from outside, particularly in hot humid climates. The bottom board is sometimes damaged during transit or during the set-up of your home. It is critical that the bottom board be repaired if it has been damaged or cut. If insulation has been removed or pushed to one side during the installation process, this must be replaced and the bottom board repaired. Holes in the bottom board allow moist air to enter the home through the floor, even if the home has a vapor barrier as recommended. Additionally, the bottom board provides an effective barrier to rodents and insects.

**Condensation and Humidity**     In all types of buildings, proper humidity control is necessary for the health and comfort of occupants as well as for proper maintenance of the structure and the furniture.

If the humidity level is too dry, occupants may experience dry skin, scratchy throats, and high levels of static electricity resulting in shocks and clothes clinging to the body. If furniture, books and structural members of the home are too dry, they may be damaged by possible shrinkage.

A satisfactory humidity level for a home is one that can be maintained without moisture condensation on windows or walls. During the winter (and depending on whether or not storm windows are in use), a maximum of 30% or 35% relative humidity may be sufficient. Your home is enclosed by an "envelope" of insulation material adequate for the zone for which the home was built. Windows are considered part of the "envelope" and must meet specified air and water infiltration tests. Moisture can be regulated by exhaust fans or windows (See *Whole House Ventilation*).

Too much moisture (condensation) can be as damaging to the home as too little, particularly in the winter. Because warm air has the ability to hold more moisture than cold air, the tendency is for water vapor to move from a warmer to a cooler place. Thus windows may fog or frost. Moisture may accumulate

on doors, millwork, ceilings and floors, and produce stains or deterioration.

Some functions in the home which tend to cause condensation problems are:
- Cooking
- Laundering
- Bathing
- Humidifiers
- Aquariums
- Hot Tubs
- Potted Plants

If gas is used for cooking, the open gas flame will produce hydrogen as one of the products of combustion. This hydrogen combines with the oxygen of the air to produce water. To prevent an accumulation of moisture condensation in kitchens and bathrooms, an electrically powered vent fan or a slightly opened window can be utilized.

**Air Quality and Ventilation**     In order to conserve energy, your home has been tightly constructed to keep air from leaking through joints and seams. As a result, you may occasionally find it necessary to provide added ventilation to remove stale air and possibly excess humidity. Of course you can open a window or door to provide ventilation. The vent fan in your kitchen exhausts air to the outside, and may be used even when you are not cooking. When a bathroom is in use, be sure to crack the window or turn on the fan provided to exhaust air/moisture to the outside. Sometimes the circulation of air by continuous operation of the furnace blower (if one is provided) or other fan will eliminate cold spots where condensation is occurring.

# Whole House Ventilation (HUD Only)

Your home has been built according to the Federal Manufactured Home Construction and Safety Standards. These standards enforce stringent requirements for sealing the home for comfort and energy efficiency. Your home has been supplied with one of the following Whole House Ventilation methods that help you control your indoor environment. This ventilation system can be operated to ensure the air in your home is maintained properly.

## Interior Maintenance

### Method I: Whole House Ventilation with Exhaust Fan

This whole house ventilation system is designed to operate 24 hours a day. An exhaust fan has been installed in the living area of your home to run continuously to maintain a healthy airflow. This system allows outside air to be mixed with the air inside your home. This operation keeps your inside air from becoming stale.

**Since this ventilation system is independent of the operation of your heating and cooling system, it is not controlled with your HVAC thermostat control. There will be a switch located on a wall adjacent to the exhaust fan labeled "WHOLE HOUSE VENTILATION". It is important that you always have this system in operation when the home is occupied.**

### Method II: Whole House Ventilation with Ventilaire III or Coleman Blend Air

This whole house ventilation system is designed to operate during the normal operation of your furnace and air conditioning system. This system allows outside air to be mixed with the air inside your home as your furnace is running. This operation keeps your inside air from becoming stale.

**Since the ventilation system is dependent on the operation of your heating and cooling system, it is important that during those times of the year that your furnace or air conditioner are not running, you continue to operate the whole house ventilation system when the home is occupied. This can be done by adjusting your thermostat controls to the position labeled with one of the following "FAN", "VENT" or "WHOLE HOUSE VENTILATION" depending on the type of thermostat installed.**

### Doors

The exterior doors are installed so that they provide a certain amount of clearance at all sides. The clearance space is normally filled with flexible weather stripping. If the door clearances are not maintained fairly uniform, there is a likelihood that the door will bind and ultimately the door or hardware may fracture. Proper installation of the home is essential to assure that adequate clearances are maintained to prevent problems from occurring.

Further, a level home will assure that the door will remain weathertight and the locking device will function properly.

Your home has a minimum of two doors that are remote from each other and provide egress to the outside. Since the doors may open differently (either by a hinge or a sliding track), every family member should be taught how to open them. The passage to the doors should never be blocked.

### Floors

Floors, whether they are wood, linoleum or composition tile, will look better and last longer if they are cleaned and waxed regularly. Avoid excessive application of water on tile as it may cause lifting and curling. It is best to establish a good coating of wax in and around seams. If provided, follow the care directions from the manufacturer of the floor covering. If none is available, a number of good floor coatings and preservatives are available and may be purchased locally.

For longer wear, rugs and carpeting should be kept clean by frequent vacuuming. There are also several commercial cleaning processes available. A thorough cleaning of carpeting is recommended at least every 12 to 18 months. Heavy use may necessitate more frequent cleaning. Vinyl floors require minimal care. Vinyl should be mopped regularly.

Other flooring materials may require the use of special cleaning preparations that are available in most stores.

### Furniture

The life and beauty of any type of furniture can be prolonged with proper cleaning and care. Prompt removal of stains is best.

Fabric-covered furniture should be vacuumed frequently. Many fabrics can also be dry cleaned or shampooed according to directions provided with the fabric. In selecting a cleaning agent, be sure to follow the specifications on the label regarding its suitability for the fabric on which it is to be used. Loose cushion pieces, as well as mattresses, should be turned

frequently. Turn and reverse so that the same side will not be in constant use and exposed to light and air which may modify color.

Wood, leather, vinyl and other synthetic materials all require regular cleaning. This is best accomplished by using some of the countless cleaning and polishing agents designed for specific materials and available to the homeowner in almost every supermarket, hardware or home store.

## Smoke Alarms

Smoke alarms have been installed to protect each separate sleeping area of your home. You should become familiar with their operation and learn how the alarm can be silenced and the detector re-activated once the alarm has sounded. This is an important safety device installed for your protection. **Be sure that it is kept in top working condition by testing it frequently in accordance with the manufacturer's instructions.**
These alarms operate on both household current and by batteries. Their purpose is to provide early warning in case of a fire. Since smoke and accompanying toxic gases are the cause of most fire fatalities or injuries, smoke detectors, which generally provide earlier warning, are provided rather than other fire alarm devices.

In the event of fire, all persons should evacuate the home immediately and the local fire department should be contacted. Many fire departments advocate family fire drills. Your local fire department may have suggestions to help set up practice drills for your family, so that each member understands the location and operation of exits and bedroom egress windows as well as other procedures which should be followed.

## Walls

Walls in your home may be of plywood, natural wood, paint-coated material, plastic-coated wood or hardboard, vinyl-covered, paper-covered or painted gypsum board dry wall.

## Care of Plywood and Natural Wood Walls

Walls may be washed with mild detergent or household cleanser, then waxed.

Most wax manufacturers recommend using a damp cloth to apply the wax. The cloth should be wiped across the wax in the can, then applied to the walls in a thin, even coat – the thinner the coat, the better the polish. Use a circular motion, first rubbing across the grain of the wood, followed by rubbing with the grain using longer strokes. It is best to work in an area of two square feet at one time.

There are also many cleaner/polish combinations on the market that provide excellent results. These should be applied according to the manufacturer's instructions.

Frequency of cleaning and waxing depends on amount of wear. Areas receiving hard use should be rewaxed more than other areas. Smudges can be removed with any of the household waxes marketed for that purpose. The label on the container will indicate the type of surface for which the wax is made.

Woodwork that has a dull, natural finish to start with can be cleaned with mild, soapy water, dried, and then treated with any of several wood oils, such as lemon or linseed, which prevent drying out of the wood.

## Care of Plastic-Coated Wood or Hardboard Walls

In most cases, surface dirt can easily be removed with a damp cloth or with a vacuum cleaner using one of the special attachments. No further care may be necessary. However, if there is a stubborn stain or grease spot, a mild detergent solution can be applied.

Some homeowners apply a good vinyl wax in either liquid or spray form for added beauty. Strong soaps or cleansers are not advisable. Oil based stains and polishes should not be allowed to come in contact with the wallboard.

## Care of Vinyl-Covered, Paper-Covered or Painted Gypsum Walls

Gypsum Walls are easy to keep clean and maintain. They can be kept beautiful by washing with a dry or damp cloth or with water and a mild deteregent solution on a sponge or clean cloth.

Always avoid the use of abrasive materials. Do not use solvents such as gasoline, turpentine, alcohol, paint thinner or lacquer thinner.

Walls should be washed before repainting.

# Interior Maintenance

**Refinishing the Interior**   Your home was constructed using materials for the ceiling, wall surfaces, kitchen cabinets and counter tops, tub and shower enclosures, furnace and water heater enclosures and doors and range wall splash panels specially selected for their flame spread and fire-resistant characteristics as specified by the Federal Standards for Manufactured Houses (HUD only). In order to maintain these characteristics, it is important that any refinishing or remodeling be done only after determining that it will not adversely affect the fire safety of your home.

## Windows

The installation of storm windows and doors will conserve energy, reduce air conditioning and heating bills and reduce the accumulation of excessive moisture on the windows that often occurs due to condensation in extremely cold climates. If storm windows were not supplied with your new home, they may be ordered through a home retailer or service center and are easily installed.

Windows and storm windows should be opened frequently and cleaned around the casing; a good window cleaning preparation should be used to clean the glass. Loose screws in the window garnish as well as thrust arms should be kept tightened. Window hinges and operating arms should be lubricated with light oil at least once a year.

**Exit Windows**   All homes built are required to have an emergency exit window in each bedroom which does not have an exterior door. This window, called an egress window, must have an instructional label on it when the home is delivered to the homeowner. We suggest that you leave these instructions attached. **All members of the family should be taught how to operate the window and to test it occasionally to see that it is in working condition. Access to the egress window should never be blocked.**

**Drapery Care**   Fumes from fireplaces, smoking and cooking can shorten the life of fabrics. Moisture in all forms: condensation, rain or spills- damage fabrics and exposure to heat and sunlight will also damage fabrics. To help prolong the life of your draperies, follow these few simple procedures.

1. Rotate the position of your draperies when possible.
2. Treat stains promptly. Dab the spot with a water dampened cloth, preferably on the back of the fabric.
3. Remove dust by shaking or vacuuming with the hose attachment.
4. You can tumble your draperies in the dryer on the air cycle with **NO HEAT**. NEVER PUT DRAPERIES IN A HEATED DRYER.
5. Draperies should be dry-cleaned. Allow for 2-3% shrinkage on the first dry-cleaning. If your draperies have been damaged by sun, age or moisture, they may not hold up to the agitation of dry-cleaning.
6. Sheers cannot be dry-cleaned. They may be hand washed or washed on the gentle cycle with Woolite or similar product. Sheers should not be placed in a heated dryer, they should be allowed to air dry on a line.

# SECTION

# III

# UTILITY SYSTEMS

**Utility Systems**

## Electric Power Supply

Like all modern dwellings, the electrical system of a home must comply with the applicable section of the National Electrical Code (NFPA 70, ANCI C-1). In addition, the HUD Mobile Home Construction and Safety Standards have other requirements on the electrical system which are intended to make your home safe and durable (HUD only).

> **CAUTION: Only a qualified electrician should be employed to handle the electrical installation or repair of your home. Qualification requirements vary in different locations, but experienced dealer installation personnel can usually be considered qualified. In the event such personnel are not available, the employment of a certified or licensed electrician familiar with manufactured home electrical requirements is recommended. Inexperienced or unqualified personnel might cause serious or fatal accidents and damage to the home or appliances. In addition, improper installation may void some or all warranty provisions (see your warranty for details).**

The size and rating of wire for electrical service must be in accordance with the National Electrical Code for the ampere rating of the panelboard.

**Wiring Systems**   Before moving your home to the intended home site, check to see that the electric power supply meets the needs of your home. Wiring of inadequate capacity can result in low voltage and cause a drop in the efficiency of lights and appliances. Motors may also burn out and you may be paying for electricity you do not use.

If you add electrical appliances (both major and hand appliances) to your home, be sure your wiring is adequate to provide the appliance with electricity. The more appliances added, the larger the wiring must be entering the home.

**Grounding Systems**  For the protection of its occupants, it is vital that the home be properly grounded whenever it is connected to a source of electrical power.

The home has the protection of a "grounding type" wiring system. The entire home is grounded just as one would ground a vacuum cleaner or a portable electric drill. Notice that the electrical receptacle in the wall has a third hole instead of the conventional two slots. The third hole is to provide a ground for any appliance that is plugged into the receptacle. With this system, if the outer shell of the refrigerator, for example, should accidentally become energized, the power would be directed to the ground outside the home instead of hurting someone who accidentally touched the refrigerator. All major appliances, electric equipment and metal parts of your home are similarly grounded for this reason – for your safety.

Just as there must be three conductors for the 120 volt refrigerator on a grounding system, an extra conductor coming into the home to provide 120/240 volt for the entire home is a must. For that reason, four conductors enter the electrical distribution panel: one conductor acts as a neutral or return (white wire), one acts as a ground (green wire), and two as "hot" wires. With this system the neutrals and grounds must remain isolated from each other throughout the home to the source of supply from the utility branch or pole.

It is extremely important that the neutral conductor (white wire) NOT be grounded in or on the home or the home service entrance cabinet. Grounding through the home hitch caster or metal stabilizer is NOT SAFE.

The ONLY safe and approved method of grounding the home is through an electrically isolated grounding bar located on the electrical distribution panel. This bar bonds all non-current carrying metal parts of the home for grounding from a single point. Your electrical installer should know the proper method of installation to conform to the National Electrical Code.

There are two different systems used to supply power to homes. If your home is to be installed permanently, a meter base may be installed on the side of the house. Otherwise the meter will be installed on a pedestal beside the house. These two methods of providing electrical power to your house differ slightly in their attachment to ground. **It is extremely important that this critical connection be done correctly to provide a proper ground for your home.** The electrician who makes this connection must be familiar with both the electrical code and with manufactured homes. The electrical

inspector for your local government or electrical utility should check this connection carefully. In the event no inspector is provided by either of these sources, we recommend that you engage a professional inspection service.

**Electrical Distribution**      The electrical system in your home is protected from overload by a series of circuit breakers. Should a circuit be overloaded or shorted, the breaker automatically breaks the flow of current. The affected breaker can simply be flipped to the full "OFF" position and back to the "ON" position to restore service after the cause of the short has been corrected.

A breaker is provided for each circuit and for the wiring entering the home from the utility source. The "main" controls the power throughout the entire home. The individual circuits have their own fuses or breakers that cut off electricity to the circuit it controls if problems occur.

It is important that the rating breaker not exceed the carrying capacity of the conductor it is protecting.  For example, No. 14 copper wire (the conductor) is rated at 15 amperes; No. 12 copper wire is rated at 20 amperes. The breaker must not be larger than 20-ampere rating.

If a circuit continually trips breakers in short periods of time, consult an electrician. More than likely you have a problem with a short or an over-loading of the circuit.

**NOTE: The electric distribution panel has a main shut-off switch to be used if it is necessary to cut off electricity throughout the house.**

**Ground Fault Circuit Interrupter or GFCI**
All bathroom, kitchen counter and exterior receptacles (except heat tape receptacles) of the home must be guarded by a ground fault circuit interrupter (GFCI). This is a safety device installed to protect the occupant from electrical shock. If the GFCI has tripped to the "OFF" position, due to a fault in the circuit, the receptacle which it services will not operate. The reset button on the GFCI will reactivate it. You should periodically check the operation of each GFCI by pressing the "Test" button located adjacent to its circuit breaker inside the electrical distribution panel. When the "Test" button is depressed, the circuit breaker should trip to

indicate proper operation of the GFCI. You can then reset the breaker to restore electricity to the circuit.

**WE REPEAT: Do not attempt to do electrical work of any kind in any situation or building unless you are qualified to do so. The safety of you and your family and home could be endangered.**

## Gas Supply System

Gas may supply fuel for a number of home appliances – water heater, furnace, oven, range, heaters, and others. **The homeowner should never attempt to repair the gas lines in the house.** In most areas the local gas company will service the gas system. If a gas leak is suspected, call them immediately.

If you smell gas, check the pilot lights of various gas appliances in the house. Range burners may have been turned on but left unlit.  If you cannot locate the source of escaping gas immediately, suspect a gas leak and call the gas company. **While you are waiting, don't light matches or flames, open all windows and turn off the main gas shutoff valve, which is located near the gas meter. Every member of the family should know how to locate the main shutoff valve before an emergency occurs.**

When the situation is resolved and the gas is turned back on, make sure that all pilot lights in the house are properly lit. A pilot light should be re-lit with great care immediately after the gas supply is turned on.

> **CAUTION: Be sure the gas to the pilot light has been off long enough for air currents to carry away all the gas which has escaped into the room before the pilot light is re-lit.**

If pilot lights malfunction, the gas company may provide a free adjustment so that they burn correctly. Otherwise, a qualified repairman will do this for a fee. Pilot lights of furnaces can be left burning throughout the year to prevent condensation and rusting.

If stove burners fail to ignite when the pilot light is lit, they may be clogged with food particles.

# Utility Systems

Removable burners may be cleaned with a non-abrasive cleaner. Use a wire brush to remove food particles from the holes of a nonremovable burner, taking care not to push particles into the burner.

**NOTE: The gas piping supply of your home is designed for a supply pressure between 7 and 14 inches of water column (1/4 to 1/2 psi). Do not operate gas-fired appliances if the pressure to your home is outside this range. If necessary, a pressure regulator can be used to reduce supply pressure.**

If a LP cylinder or "bottled gas", is used for cooking or heating, or both, extreme caution should be used before turning on gas at the cylinder. All appliance valves MUST be closed. If the home has been in transit, fuel lines, connections, and appliance valves should be checked for loose connections and leaks before and after opening the cylinder valve. Your home may have been set up for natural gas usage. Adjustments may have to be made to the furnace or appliance by your gas distributor to adjust the home for bottled gas usage.

> **CAUTION: A match or flame should never be used in checking for leaks.**

A safe and frequently used method of checking for gas leaks is to apply a soapy water solution to the surface of the suspected area and look for tell-tale bubbles, which will indicate the presence of escaping gas.

> **CAUTION: The only LP cylinder or "bottle" that should be used is one bearing the approval marking of either the U.S. Dept. of Transportation (DOT) or ASME. The chief difference between these two is that the DOT cylinders are acceptable in any state, whereas ASME cylinders, which have been built to the Boiler and Pressure Vessel Code of the American Society of Mechanical Engineers, may not be acceptable in all states.**

## Heating/Cooling Systems

### General

As in any modern home, there are many possible types of heating installations. Yours may be one of the following:

1. Gas (either Natural or Liquid Petroleum Gas)

2. Electric (either Forced Air or Baseboard)

3. Oil

A manual covering maintenance and operating instructions can be found with your furnace. If not, request one from the furnace manufacturer. Be sure to provide the model number of the furnace, which will be found on a nameplate immediately inside the front panel or door at the front of the furnace.

The thermostat control of the furnace can be set to maintain the desired comfort temperature. Special attention should be given to its regulation and the instructions provided by the furnace manufacturer should be followed regarding the operation and warranty.

### Air Circulation

Central heating systems require a return air system to function properly. When the blower of the furnace is operating, it forces warmed air from the furnace through the duct system into the individual rooms. To balance or compensate for that pressure, the furnace must pull air from the living areas back to the furnace, thus providing a balanced flow of air throughout the home with the furnace blower acting as the pump.

Return air may be provided in several ways. One is by return air ducts or cavities in the floor. Each room has registers that lead to the return air systems. These registers are not to be confused with the registers for supply ducts.

If the furnace has a return air duct system, the furnace will have an area for return air, usually covered by screening. This should not be blocked.

Another common method to provide return air circulation in a home is to provide open air spaces at the door of each room through the use of grill work in the door or by allowing extra clearance space at the top or bottom of the closure. Do not block or try

to seal this open space. Similarly, do no block the door in front of the furnace compartment.

Never use the furnace compartment as a storage area, even when the furnace is not in use.

The return air system is just as important to the forced air electric furnace as it is to the gas and oil furnaces.

If you live in an area of the country which is hot and dry, your house may be equipped with an evaporative cooler (sometimes known as a "swamp cooler"). If you have an evaporative cooler installed on the same air supply duct system as a central forces air furnace, there is a mechanical damper installed at the furnace plenum (where heated air comes out of the furnace). If this damper is manually operated, remember that it must be open when the furnace is being operated and must be closed when the evaporative cooler is being operated.

**External Appliances**   In some cases your home may have been shipped by us without the complete heating and/or cooling system so that this equipment can be installed on site by your retailer or installer. This is frequently done with heat pumps, central air conditioning and other combination heating/cooling systems so that the units can be properly sized for your location. In this case be sure that your retailer or installer uses equipment which is listed or labeled for that application (use with manufactured homes) and is installed in accordance with the manufacturer's installation instructions. When sizing equipment, your installer should refer to the heating and/or comfort cooling certificate for duct cooling capacity, location of external duct connection and information for heat gain calculations.

## Furnace Maintenance

**General**   If your home has a gas, electric or oil central forced air furnace, the following general maintenance instructions should be followed.

The operating instructions provided by the furnace manufacturer will outline the maintenance required for the specific model. In general, the following steps will help keep the furnace trouble-free.

1. Filters should be kept clean by washing or replacing them frequently.

2. Oil the moving parts as recommended by the furnace manual.

3. A competent heating service representative should check the furnace once a year and make any necessary repairs. (Oil systems may require replacement of the nozzle and adjustment of the electrodes annually.)

**Gas Furnace**   A qualified service representative should inspect the furnace each fall for leaks and other possible problems.

**Oil Furnace Maintenance**   Where oil is used as a fuel for heating, an adequate supply must be readily available. In general, this means the use of either an individual oil storage tank located adjacent to the home or a centralized oil distribution system now found in some of the newer communities.

Where a central system exists, it would normally only be necessary to connect the home to the oil connection provided. The oil in the system is under pressure and is supplied through a suitable metering device.

The fuel tank should be positioned so that it can be kept clean and free from moisture. This can be done by tilting the tank. The outgoing tube should be at the higher end. Any water and dirt that may accumulate in the tank will flow to the low end since they are heavier than the oil. This end should be drained monthly to remove water and dirt particles. The tank should be kept as full of oil as possible to eliminate excessive condensation.

A readily accessible and approved shut-off valve, manually operated, must be installed at the outlet of the oil supply tank.

If the home is located in a cold climate, exposed oil lines should be protected to prevent the oil from congealing.

## Fuel-Burning, Heat-Producing Appliances

All fuel burning, heat-producing appliances, except ranges, ovens, illuminating appliances and clothes dryers must be provided with outside air for combustion. This includes such appliances as furnaces, gas water heaters, fireplaces, and gas refrigeration devices. This differs from site-built housing in which it is customary to draw combustion

## Utility Systems

air from inside the house. Consequently, if you must replace an appliance, such as a furnace or water heater, the replacement appliance must use the same system.

To determine that you purchase the correct appliance, first check the appliance label to insure that it is labeled for use in a manufactured home. Also, if you are replacing a device that has a label, which indicates that it is a "direct vent (sealed combustion)" type, the replacement appliance must also have a direct vent system. Comparable appliances intended for site-built houses are intended to be installed in locations where sufficient combustion air is available, and are not generally suitable for use in manufactured homes.

The manufactured home's sealed combustion system has two advantages over conventional systems:

1. It is safer. Combustion gases are not released into the interior of your home.

2. It is more economical. Inside air, which has been heated or cooled to the desired temperature, is not lost through the exhaust duct or chimney.

> **CAUTION: If replacement of a fuel-burning (gas or oil) heat producing appliance becomes necessary, the replacement equipment must be listed or labeled for use in manufactured homes.**

Your home may be constructed with a fireplace. At the time your home is installed, your dealer must complete the installation of the chimney including spark arrestor and rain cap, inspect all connections for proper performance, and instruct you on the operation of the flue damper and periodic cleaning of the chimney.

> **WARNING: The use of unvented gas heating devices (kerosene heaters) may void your home warranty and is illegal in some states. Additionally, do not completely close the damper on fireplaces that burn wood or gas logs. The use of carbon monoxide and carbon dioxide detectors is strongly recommended when using these types of appliances.**

## Water Supply System

All water for use in your home enters through one basic pipe system. The supply line entering the home must be a minimum of ¾" diameter. The pipe riser from the underground water line is connected directly to the system that has been installed in accordance with the specifications of the HUD standard.

A pressure regulator should be installed on your water line should fluctuations of water pressure exceed 80 psi.

The area under the pipes should be checked occasionally for signs of leakage.

If the home is located in an area where prolonged periods of freezing temperatures occur, the water supply line to the home should be installed below the frost line. The entire pipe riser above the frost line should be insulated. There are a number of suitable insulating materials available with which to accomplish this. A thermostatically controlled electric heating element, generally referred to as a "heat tape", may also be used. This will turn off when heat is not required to prevent freezing. Be sure that any heat tape installed on your manufactured home is listed for this purpose by Underwriters Laboratories, Inc.

When the heat tape is wrapped around the pipe and plugged into an electrical outlet, protection against freezing will be provided to the pipe even in the coldest of weather. Electric current consumption is about equal to that of a 25-watt light bulb if the water line is not too long. Be sure that any heat tape installed on your water line is listed (approved) for use with manufactured homes by a recognized testing laboratory. **NOTE: It is important that the manufacturer's instructions for the installation of heat tapes be followed to ensure that the tape provides the required protection without creating a safety hazard.**

A main water shut-off valve for the water system is installed at the inlet to the water supply system. This should be shut off if any break occurs in the water system.

## Water Heater

All water heaters are equipped with temperature and pressure relief valves to prevent the build-up of dangerous temperatures or pressures in the event that the tank thermostat should fail. If it is necessary to install a new water heater in your home, be sure that a proper pressure and temperature relief valve is installed in the new heater, and that the vent extends, undiminished in size, so that it will discharge to the exterior of the home. All water heaters are also equipped with a drain pan. It is installed below the base of the water heater and discharges to the exterior of the home

---

**CAUTION: If a water heater is installed in a closed water supply system, such as one having a back flow preventer, check valve, water meter with a check valve, etc., in the cold water supply, means shall be provided to control thermal expansion. Contact the water supplier or plumbing contractor on how to control this situation.**

---

**CAUTION: If replacement of a fuel burning (gas or oil) hot water heater becomes necessary, the replacement equipment must be listed or labeled for use in manufactured homes. See also Fuel Burning-Heat Producing Appliances on page 19.**

---

## Drainage System

Your home drainage system has been carefully designed and installed at the factory. There may be several drain dropouts that need to be interconnected, according to the print provided with the home, to accomplish a sinlge outlet for connection to the septic tank or municipal sewer system. Your dealer will provide the final connection to the sewer system at your home site when your home is installed.

Once this drain connection is complete, the drainage system works much like that of any other building.

The most likely problem you will ever encounter with your drain is clogging, usually caused by large objects placed into the sink or toilet drains. We do not recommend that you flush disposable diapers or similar objects down the toilets. We also do not recommend that food scraps be washed down the sink drain, unless they are processed through a garbage disposal. Grease, fats and oils may be a problem, especially if drain lines are exposed during cold weather.

If a stoppage occurs which cannot clear with a "plumbers helper" or a commercial drain cleaner, or if you have other drain problems, call your home retailer or serviceman for assistance.

**NOTE: DO NOT use a heat tape on exposed drain lines.**

# SECTION

# IV

# INSURANCE

# Insurance

Insurance coverage for homes and rates may vary from state to state as a result of different regulations.

The type of coverage you need should be discussed with a knowledgeable agent of your choice who represents an insurance company which understands the home and can help plan a program best suited to your needs.

There are certain basic principles and fundamental information about insurance which apply to all kinds of home ownership – manufactured or site-built.

Insurance companies have given recognition to the problems of the home owner so that adequate protection is possible both when the home is (1) in transit or (2) sited.

If you plan to relocate your home, be sure to ask your transport company which aspects of the move will be covered by his insurance. You may wish to obtain temporary additional collision or upset "trip" insurance, or to insure specific items in the home for possible transit damage.

Included among the types of insurance which the home owner may want to consider are four basic types of insurance coverage. This list is included to help you select adequate coverage, but there may be additional types of coverage which you should consider

**I. Comprehensive Physical Damage**    This type of insurance pays for certain kinds of direct damages to your property, such as flood, fire, theft (of your home), earthquake, windstorm, landslide and lightning. Other damages might be included such as spillage of inks, chemicals, paint, oils, faulty thermostatic controls.

On-the-road collisions or upsets would not be included in this category, but could be insured separately as could natural disaster protection which would pay off the loan in the event the home is destroyed before all payments are made.

It would be well to determine whether adjacent structures (such as steps, awnings, carports, skirting, air conditioning, utility buildings) are automatically considered a part of the "comprehensive" physical damage policy.

Be sure to check if personal effects may also be included whether or not they are in the home at the time of destruction or disappearance. If you have collections, art, anitiques, jewelry, or other valuables, determine whether or not they are automatically on your policy or must be declared separately.

Other items which could be included, if desired are:
1. Living expense coverage when the home cannot be lived in because of an insured loss.
2. Emergency removal of the home to safety and back if there is a threat of loss.
3. Fire department service coverage if there is a charge.
4. Radio and TV antenna loss or damage.
5. Damage or destruction of landscaping.
6. Damage to anchoring system.

**II. Liability Insurance**    This type of insurance pays damages to some one else should an accident for which the owner was responsible occur on his property. Such damages could include court costs, first aid and emergency treatments, lost wages, medical and dental costs and other items agreed upon.

**III. Credit Life Insurance**    This type of insurance pays off a loan (on the manufactured home) if the home owner should die, except by suicide, before the home is paid for.

**IV. Credit Accident and Health Insurance**    This type of insurance provides for the continued payment of loan installments in case the owner cannot work because of illness or an accident – up to the policy limits you purchase.

Some additional items to consider in buying home insurance are:
1. Total coverage received for money paid.
2. Comprehensive coverage that insures the home for direct or accidental loss.
3. Prompt and capable claims handling.
4. Guaranteed renewal.
5. Agent's knowledge of insurance needs of home owners.

# SECTION

# V

# SPECIAL INFORMATION

**Special Information**

## Moving

Manufactured homes are moved by professional manufactured home transporters who should know all the regulations of each state's highway department and are equipped to obtain all necessary permits and arrange for any required escort vehicle. There are several firms that specialize in this activity. They have offices in all major cities. Consult the yellow pages of your telephone directory or a local retailer. It is recommended that any home that has been reinstalled after its original installation should be professionally inspected after it is set up, in order to assure that it has not been damaged in transit and is properly installed.

**Ready for Towing (Interior Preparations)**
While the home owner must always employ a professional to move the home (highway regulations and inadequate horsepower of standard vehicles preclude their use), there are certain procedures that should be followed to prepare for the move. Remove the tops of all toilet tanks and place them, on a blanket or other padding, in the bathtub or shower stall. Anything loose will slide forward on a quick stop. Some people prefer to put these small items in cartons. Use masking tape to secure latches of cupboards, closets and drawers. Electricity, water, sewer and gas or other fuel should be disconnected. Close all windows and lock all doors. All appliances should be disconnected. In multi-section homes, openings in the marriage wall greater than four feet must be supported with temporary walls during transit.

**Ready for Towing (Exterior Preparations)**
Water should be drained from the water supply system. To do this, turn the main water supply valve off, flush all toilets to empty their tanks, then disconnect the water supply and sewer drain lines. Next, open all faucets in the home and the master shut off valve (if installed) on the inlet lines. After the water has drained from the system, seal the water supply inlet using the cap provided. If a cap is provided, the sewer outlet can also be capped. The gas and oil inlets should be disconnected and capped. If gas bottles are attached to the hitch A-frame, be sure to turn the main valve to the off

position. Disconnect the anchor ties from the ground anchors and fasten the loose ends so that they will not snag when the home is moving.

A representative of the electric utility company should be contacted to disconnect the wiring to your home.

The mover will check the entire undercarriage – wheels, bearings, tires, lubrication needs, brakes – of the home to see that they are in acceptable condition for the move.

**Coupler-Hitch Assembly**      Homes usually are equipped at the front with a coupling and hoisting device called a hitch. This provides a means for attachment of the home to the towing vehicle.

Most home hitches also include a jack or screw device for raising or lowering the front end of the home.

**Lubrication**      Some hitches are removed at the time the home is sited. If not, the hitch should be lubricated and cleaned occasionally to provide for future operation.

## Check List for Moving

Date    Activity

_____Select and engage service of a manufactured
        home transporter.

_____Remove skirting.

_____Be sure brakes and wheels have been
        properly serviced. Check for proper inflation
        of tires.

_____Contact utility firms to arrange for
        disconnection of water, sewer, gas, electrical
        and telephone services.

_____Remove all personal items from the home
        before transit. Our homes are not designed to
        transport the additional weight of personal
        affects.

_____Tape all drawers and doors of cabinets,
        cupboards and appliances.

_____Lock all windows.

_____Turn off outside gas cylinder.

_____Drain hot water heater.

_____Disconnect all appliances, heaters,
furnaces and air conditioning.

| | |
|---|---|
| Water Heater | Washer/Dryer |
| Refrigerator | Range and Oven |
| Freezer | Garbage Disposal |
| Air Conditioning | Furnace |
| Trash Compactor | |

_____Disconnect anchor system and secure loose
ends.

_____Remove all concrete blocks and shims.

_____Lock all doors. (Be sure keys are not
locked inside the home!)

## U.S. Department of Housing and Urban Development (HUD)

HUD is the Federal Agency which administers the Act and questions concerning the Act or your rights under the Act can be directed to HUD or to the approved SAA in your state which acts as HUD's agent. To contact HUD, refer to the Department of Housing and Urban Development under listings for the U.S. Government in your telephone book. In calling or writing your local HUD office, address your inquiry or call to the "Consumer Complaint Officer" If you live in a small town or rural area, your local HUD office will probably be located in a nearby city. You may also contact the Central HUD Office directly by writing or calling the Mobile Home Standards Division, Department of Housing and Urban Development, Washington, D.C. 20410 (Phone 202-708-6423 or (800) 927-2891). For the most current SAA information logon to:
http://www.hud.gov/offices/hsg/sfh/mhs/mhssaa.cfm

**State Administrative Agencies (SAAs):**
**ALABAMA**
Alabama Manufactured Housing Commission,
350 S. Decatur Street, Montgomery, AL 36104-4306
PH: (334) 242-4036 ext. 25 FAX: (334) 240-3178

**ARIZONA**
Arizona Department of Fire Building and Life
Safety, Office of Manufactured Housing
1110 West Washington, Suite 100, Phoenix, AZ
85007-2935
PH: (602) 364-1003 FAX: (602) 364-1052
**ARKANSAS**
Arkansas Manufactured Home Commission
101 E. Capitol, Suite 210, Little Rock, AR 72201-
3826
PH:(501) 324-9032 FAX: (501) 683-3538
**CALIFORNIA**
Department of Housing and Community
Development, Manufactured Housing Section
P.O. Box 31
Sacramento, CA 95812-0031
PH: (916) 445-3338(main) FAX: (916) 327-4712
**COLORADO**
Housing Technology and Standards Section
Division of Housing, 1313 Sherman Street, #321
Denver, CO 80203-2244
PH: (303) 866-4656 FAX: (303) 866-3072
**FLORIDA**
State of Florida, Division of Motor Vehicles
Bureau of Mobile Homes and RV
2900 Apalachee Parkway, MS66
Tallahassee, FL 32399-0640
PH: (850) 617-2808 FAX: (850) 488-7053
**GEORGIA**
Manufactured Housing Division, State Fire
Marshal's Office, #2 Martin Luther King Jr. Dr.,
#620 West Tower, Atlanta, GA 30334
PH: (404) 656-3687
FAX: (404) 657-6971
**IDAHO**
Division of Building Safety - Building Bureau
P.O. Box 83720, Meridian, ID 83720-0600
PH: (208) 332-8991
FAX: (208) 855-9399

## Special Information

**ILLINOIS**
Illinois Department of Public Health, Division of Environmental Health, General Engineering Section, 525 West Jefferson Street, Springfield, IL 62761
PH: (217) 782-3517 FAX: (217) 785-5897

**INDIANA**
Director, Building Codes Enforcement Division
Indiana Department of Homeland Security
Division of Fire & Building Safety
302 Washington Street, Room E-241
Indianapolis, IN 46204
PH: (317) 233-1407 FAX: (317) 233-0307

**IOWA**
State Fire Marshall Office
215 E. 7th Street
Des Moines, IA 50319-0047
PH: (515) 725-6145 FAX: (515) 725-6140

**KENTUCKY**
Manufactured Housing Division, Kentucky State Fire Marshal's Office, 101 Sea Hero Road, Suite 100, Frankfort, KY 40601-4322
PH: (502) 573-1795
FAX: (502) 573-1004

**LOUISIANA**
Manufactured Housing State Administrative Agency
Louisiana Manufactured Housing Commission
11606 South Fork Avenue, Suite 103
Baton Rouge, LA 70819-5235
PH: (225) 295-8500
FAX: (225) 295-8503

**MAINE**
Maine Manufactured Housing Department of Professional and Financial Regulations 35 State House Station, Augusta, ME 04333-0035
PH: (207) 624-8678 FAX: (207) 624-8637

**MARYLAND**
Maryland Code Administration, 100 Community Place, Department of Housing & Community Development
Crownsville, MD 21032-2023
PH: (410) 514-7220 FAX: (410) 987-8902

**MICHIGAN**
Bureau of Construction Codes
P.O. Box 30254
Lansing, MI 48909
PH: (517) 241-9302 FAX: (517) 241-9570

**MINNESOTA**
Department of Labor and Industry, Construction Codes and Licensing Division, Building Codes & Standards Division, 443 Lafayette Road North, St. Paul, MN 55155-4341
PH: (651) 284-5068 FAX: (651) 284-5749

**MISSISSIPPI**
Manufactured Housing Division, State Fire Marshal's Office, Woolfolk State Office Building, P.O. Box 79
Jackson, MS 39205
PH: (601) 359-1061 FAX: (601) 359-1076

**MISSOURI**
Missouri Public Service Commision
Manufactured Housing & Modular Units Programs
Madison Street, Suite 500, P.O. Box 360
Jefferson City, MO 65102-3254
PH: (800) 819-3180
FAX: (573) 522-2509

**NEBRASKA**
Housing & Recreational Vehicle Department,
Nebraska Public Service Commission,
P.O. Box 94927
Lincoln, NE 68509-4927
PH: (402) 471-0518 FAX: (402) 471-7709

**NEVADA**
Department of Business & Industry, Manufactured Housing Division, 2501 E. Sahara Avenue, Suite 204
Las Vegas, NV 89104-4137
PH: (702) 486-4278 FAX: (702) 486-4309

**NEW JERSEY**
Bureau of Home Owner Protection, Dept. of Community Affairs, P.O. Box 805
101 South Broad Street, Trenton, NJ 08625-0805
PH: (609) 984-7905 FAX: (609) 292-2839

**NEW MEXICO**
Manufactured Housing Division, Regulation and Licensing Department, P.O. Box 25101
Santa Fe, NM 87504
PH: (505) 476-4775, ext. 107 FAX: (505) 476-4702

**NEW YORK**
Manufactured Housing Unit
One Commerce Plaza, Suite 1160
99 Washington Ave., Albany, NY 12231-0001
PH: (518) 474-4073 FAX: (518) 486-4487

**NORTH CAROLINA**
NC Department of Insurance, Manufactured
Building Division,
Mailing Address: 1202 Mail Service Center
Raleigh, NC 27699-1202
PH: (919) 661-5880 (800) 587-2716
FAX: (919) 662-4405
Location Address: 322 Chapanoke Road
Suite 100
Raleigh, NC 27603
**NORTH DAKOTA**
North Dakota Department of Commerce, Division
of Community Services, 1600 East Century
Avenue, Suite 2, P.O. Box 2057, Bismark, ND
58502-2057
PH: (701) 328-5300 FAX: (701) 328-5320
**OKLAHOMA** (Dispute Resolution Only)
Office of Manufactured Housing Programs, Office
of Regulatory Affairs and Manufactured Housing,
Department of Housing and Urban Development
451 Seventh Street, SW, Rm. 9164
Washington, DC 20410-8000
PH: (202) 708-6423 or (800) 927-2891
FAX: (202) 708-4213
**OREGON**
Department of Consumer & Business Services
Building Codes Division, P.O. Box 14470
Salem, OR 97309-0404
PH: (503) 378-4133 FAX: (503) 378-2322
**PENNSYLVANIA**
Housing Standards Division, Department of
Community & Economic Development,
Commonwealth Keystone Building, 400 North
Street, 4th Floor, Harrisburg, PA 17120-0225
PH: (717) 720-7416 FAX: (717) 783-4663
**RHODE ISLAND**
State of Rhode Island Building Code Commission
One Capitol Hill,
Providence, RI 02908-5859
PH: (401) 222-3529 FAX: (401) 222-2599
**SOUTH CAROLINA**
SC Manufactured Housing Board, P.O. Box 11329
Columbia, SC 29211-1329
PH: (803) 896-4613 FAX: (803) 896-4814
**SOUTH DAKOTA**
South Dakota Department of Public Safety, Office
of State Fire Marshal, 118 West Capitol Avenue
Pierre, SD 57501-2000
PH: (605) 773-3562 FAX: (605) 773-6631

**TENNESSEE**
Department of Commerce & Insurance, State Fire
Marshal's Office, State of Tennessee
500 James Robertson Parkway, Third Floor
Nashville, TN 37243-1162
PH: (615) 741-7192 FAX: (615) 741-9388
**TEXAS**
Manufactured Housing Division, TX Department of
Housing & Community Affair, P.O. Box 12489
Austin, TX 78711-2489
PH: (512) 474-2200 (800) 500-7074 Ext. 64466
**UTAH**
State of Utah, Div. of Occupational & Professional
Licensing, Department of Commerce
P.O. Box 146741, 160 E. 300 South
Salt Lake City, UT 84111-6741
PH: (801) 530-6720 FAX: (801) 530-6511
**VIRGINIA**
Division of Building & Fire Regulation
Department of Housing and Community
Development, 501 N. Second Street, Rm. 246
Richmond, VA 23219-1321
PH: (804) 371-7161 FAX: (804) 371-7092
**WASHINGTON**
Factory Assembled Stuctures Department of Labor
and Industries Installer/SAA Program
P.O. Box 44420
Olympia, WA 98504-4220
PH: (800) 902-5571
Fax: (360) 902-5229
**WEST VIRGINIA**
West Virginia Division of Labor, Manufactured
Housing, State Capitol Complex,
Building 6, Room B-749
Charleston, WV 25305-2234
PH: (304) 558-7890 ext.237 FAX: (304) 558-2447
**WISCONSIN**
Department of Commerce, Safety & Buildings
Division
3824 N. Creekside Lane
Holmen, WI 54636-9466
PH:(608) 785-9335, Fax:(608) 785-9330

## Special Information

### Important Health Notice

The following is a copy of the "Important Health Notice" which HUD required to be displayed in the kitchen of this house prior to it's first sale:

"Some of the building materials used in this home emit formaldehyde. Eye, nose and throat irritation, headache, nausea and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde. Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home."

High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system.

If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department."

### Limited One Year Warranty and Arbitration Agreement

The Manufacturer warrants that your new home has been constructed to meet or exceed all applicable governmental requirements, and that the home, including the structure, plumbing, heating and electrical systems, and all appliances and equipment installed by the Manufacturer, is free under normal use from manufacturing defects in material or workmanship. This warranty begins on the date of the original retail delivery (or the date of first occupancy, if used as a commercial unit) and extends for a period of one (1) year from such

date. Cosmetic deficiencies, including minor scratches, breakage, mars, cuts, gouges, and dents will be repaired if reported during customer orientation. Where no orientation occurs, these items will be repaired if reported to the retailer or manufacturer within 45 days of close of sale.

The appliances and equipment in the home may be covered by warranties provided by the manufacturers of such items.

**The warranty extends only to the first retail or commercial purchaser and applies only while the home is located at the original retail or commercial site. Some states may not permit such limitations during the first year of the warranty, so these limitations may not apply to you. Some manufacturers offer optional warranties that may be purchased for an additional charge.**

The warranty covers only those defects which become evident within the applicable warranty period and where written notice is provided to the Retailer or Manufacturer not later than fifteen (15) days after the expiration of such warranty period.

The Owner is responsible for normal maintenance as described in the Homeowner's Manual. If a problem occurs which the Owner believes is covered by this warranty, the Owner should contact the Retailer from whom the home was purchased, provide the Retailer with a written description of the problem, and cooperate so that the problem can be resolved by the Retailer. If the Retailer is unable to resolve a problem which the Owner is convinced is covered by the warranty, the Owner should contact the Manufacturer at the address listed on page 31 and provide a written description of the problem and the attempts made to resolve it. Upon receipt of such written description, where the Retailer was unable to resolve the problem, the Manufacturer will perform any repairs or replace any parts necessary to correct defects in material or workmanship covered by this warranty, or will take other appropriate action it may deem necessary.

**THIS WARRANTY DOES NOT COVER:**

1. Any home registered or located outside the United States.

2. Problems resulting from failure to comply with instructions contained in both the Homeowner's and Installation Manuals.
3. Bedding, draperies, furniture, tires, wheels or axles.
4. Appliances, accessories, and any site-built structure (including porches, awnings, garages, etc.) provided or installed by the retailer or a third party.
5. Defects or problems caused by or related to:
   A. Improper soil conditions, site preparation, installation or ventilation at the retail purchaser's site, resulting in water or other damage.
   B. Use in the home of a kerosene heater or other type of fuel-burning portable heater.
   C. Abuse, misuse, negligence or accident.
   D. Alteration or modification of the home.
   E. Normal deterioration due to wear or exposure.
   F. Site-built structures attached to the home.
6. Loss of time, inconvenience, commercial loss, loss of use of the home, incidental charges such as telephone calls, hotel bills or other incidental or consequential damages. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**ALL IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY, HABITABILITY OR FITNESS FOR A PARTICULAR PURPOSE APPLICABLE TO THE ITEMS OR COMPONENTS COVERED BY THE LIMITED ONE-YEAR EXPRESS WARRANTY ARE LIMITED IN DURATION TO THE TERM OF SUCH LIMITED WARRANTY. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

**THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH MAY VARY FROM STATE TO STATE.**

THE REMEDIES PROVIDED IN THIS WARRANTY ARE THE OWNER'S EXCLUSIVE REMEDIES. THE MANUFACTURER IS NOT RESPONSIBLE FOR ANY UNDERTAKING, REPRESENTATION OR WARRANTY MADE BY A RETAILER OR OTHER PERSON BEYOND THOSE EXPRESSLY SET FORTH IN THIS WARRANTY.

Any dispute or claim relating to your manufactured home ("Manufactured Home"), including those relating to warranties, service work, design, manufacturing or construction, whether based in contract, tort or otherwise, at the request of you or CMH shall be resolved by BINDING ARBITRATION in accordance with the Commercial Arbitration Rules of the American Arbitration Association (AAA) or any more applicable or appropriate rules then in effect and the Federal Arbitration Act (9 U.S.C. §1, et seq.). You agree that your Manufactured Home contains parts manufactured outside of the state where the home is sold and delivered; the manufacture, transportation, sale and use thereof has been and will continue to be regulated by the laws of the United States of America and affect interstate commerce. All issues concerning whether or the extent to which a dispute or claim is subject to arbitration, including issues relating to the enforceability of this section, shall be determined by the arbitrator(s), or by a court of competent jurisdiction without a jury. If a dispute or claim is not subject to arbitration, then such dispute or claim shall be decided in a court of competent jurisdiction WITHOUT A JURY. **Any right to a trial by jury of any dispute, claim, or controversy between any party hereto, or their heirs, successors and assigns is expressly and irrevocably waived.** All statutes of limitations or other defenses relating to the timeliness of the assertion of a dispute or claim shall be applicable in any such arbitration, and the commencement of an arbitration proceeding shall be deemed the commencement of an action for such purposes. This Arbitration provision applies to you and your heirs, successors and assigns. If any party fails or refuses to arbitrate in accordance with the terms of this agreement, the arbitrator(s) shall, in addition to any other relief awarded through arbitration, tax all of the costs, including reasonable attorneys' fees, in favor of the party seeking to enforce arbitration if that party has to resort to judicial or other means to

## Special Information

compel arbitration. The judgment upon the final decision rendered in arbitration shall be final and may be entered in any court having jurisdiction. Should any provision, condition, or term hereof be interpreted by a court of competent jurisdiction as being void or unenforceable, then such provision may be stricken or voided by the court without any effect on any other provision. Should this provision for mandatory binding arbitration be interpreted by a court of competent jurisdiction to be invalid, then such should be considered an agreement for non-binding alternative dispute resolution (i.e. mediation) which shall be a prerequisite to any further action for any relief of damages. All costs associated with arbitration will be allocated according to the arbitrator's decision.

### CMH MANUFACTURING, INC.
### P.O. Box 9780
### Maryville, Tennessee 37802

### Preventive Maintenance

The electrical, heating and plumbing systems of your home were designed and installed in accordance with accepted engineering practices. However, normal use through time will cause some expected breakdowns on components just as would happen in any other building or home. To prevent major problems, watch for tell-tale danger signals, such as continuous damp areas under drain and water lines, oil and gas leaks in your fuel system, overloading of electric circuits resulting in a fuse or breaker continuously tripping off, or unusual flickering of lights. Become acquainted with the Service and Care Manuals provided by the appliance manufacturers and follow their instructions.

If a breakdown does occur, consult someone specializing in the specific area of trouble. Complete the information requested in the Directory of Service Firms (on the following pages) as soon as possible so that you will have a ready reference in case of emergency.

If your home is equipped with gas appliances, a shut-off valve is installed within 6 feet of the appliance in case you have any problems. The electric distribution panel has a main shut-off switch to be used if it is ever necessary to cut off electricity throughout the house. The main shut-off

valve for the water system should be shut off if any break occurs in the water system.

> **CAUTION: Only qualified service personnel should be employed to make repairs on any of these vital systems.**

Metal frame members are protected against corrosion. In the event it becomes necessary to touch-up exposed parts of the frame, one of the following types of paint may be used:
1. Zinc Chromate
2. Asphalt-based paint
3. Other paint providing equivalent levels of protection when applied according to the paint manufacturer's instructions.

### Owner's Maintenance Calendar

Neither the home manufacturer nor the retailer is responsible for the care or upkeep of the manufactured home, beyond the terms of the warranty. In order to protect your investment and keep your home in worry-free operating condition, it is suggested that you conduct the following minimum maintenance procedures. You may wish to add to the list, depending on your own experience.

### AT LEAST ONCE A MONTH

✓ Clean or replace furnace filter
✓ Clean range hood filter
✓ Check weather stripping around door and window seals
✓ Check AC A-coils to ensure they are not clogged with corrosion or dust

### AT LEAST TWICE A YEAR

✓ Inspect shingle roofs for missing or damaged shingles
✓ Check to ensure dryer vent is working properly and free of debris
✓ Check to ensure AC condensation drain is working properly and free of debris
✓ Inspect metal roof seams for separation and seal as needed
✓ Clean out floor heat duct registers

## AT LEAST ONCE A YEAR

✓   Wash exterior siding
✓   Wax metal exterior siding
✓   Inspect roof; clean off debris; rinse off with water
✓   Check exhaust fan systems
✓   Check anchor ties for a snug, but not overly tight fit.
✓   Check heat tapes for operation
✓   Check/clean furnace
✓   Check/clean air conditioner
✓   Inspect and replace, as necessary, caulking around windows, doors and other openings
✓   Clean gutters
✓   Lubricate window hinges and arms
✓   Professionally clean carpets

## VACATION REMINDERS

✓   Clean refrigerator, leave a minimum of food in freezer section, if any. Set controls as recommended by appliance manufacturer.
✓   Suspend telephone service, if desirable
✓   Stop all regular deliveries
✓   Turn off water supply; during winter, put approved anti-freeze in kitchen, lavatory and toilet traps
✓   Turn off water heater
✓   Close and lock windows
✓   Put the cat out
✓   Adjust thermostat accordingly for winter or summer months
✓   Lock the doors
✓   Have fun!

## Directory of Service Firms

### First Aid for your Home

Names, locations and phone numbers that will help you if warranty or local maintenance service is necessary.

Should service be needed for your home or any of the appliances, it will save you time and effort if information regarding the service representatives is readily available. The retailer who sold your home to you will have this and can provide it. It may also be located in the operational instructions that usually accompany the various appliances. For problems which you feel we are responsible, contact us at our address which is imprinted on the cover of this manual.

Your HOME RETAILER

Name_____

Street_____

City_____State_____Zip_____

Serial Number of Your Home_____

Year Purchased_____

Serial Number of Keys_____

Warranty Expiration Date_____

RANGE Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

DISHWASHER Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

FURNACE Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

WATER HEATER Service

Model Number_____

Make_____

Representative_____

Phone_____

## Special Information

Warranty Expiration Date_____

WASHER Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

DRYER Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

GARBAGE DISPOSAL Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

AIR CONDITIONER Service

Model Number_____

Make_____

Representative_____

Phone_____

Warranty Expiration Date_____

EMERGENCY NUMBERS

_____

_____

_____

_____

_____

_____

_____

## Owner's Maintenance Record

| DATE | MAINTENANCE PERFORMED | DATE | MAINTENANCE PERFORMED |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# SECTION

# VI

# Dispute Resolution

## Dispute Resolution

### Dispute Resolution Process

Many states have a consumer assistance or dispute resolution program that homeowners may use to resolve problems with manufacturers, retailers, or installers concerning defects in their manufactured homes that render part of the home unfit for its intended use. Such state programs may include a process to resolve a dispute among a manufacturer, a retailer, and an installer about who will correct the defect. In states where there is not a dispute resolution program that meets the federal requirements, the HUD Manufactured Home Dispute Resolution Program will operate. These are "HUD-administered states." The HUD Manufactured Home Dispute Resolution Program is not for cosmetic or minor problems in the home. You may contact the HUD Manufactured Housing Program Office at (202) 708-6423 or (800) 927-2891, or visit the HUD website at www.hud.gov to determine whether your state has a state program or whether you should use the HUD Manufactured Home Dispute Resolution Program. Contact information for state programs is also available on the HUD website. If your state has a state program, please contact the state for information about the program, how it operates, and what steps to take to request dispute resolution. When there is no state dispute resolution program, a homeowner may use the HUD Manufactured Home Dispute Resolution Program to resolve disputes among the manufacturer, retailer, and installer about responsibility for the correction or repair of defects in the manufactured home that were reported during the 1-year period starting on the date of installation. Even after the 1-year period, manufacturers have continuing responsibility to review certain problems that affect the intended use of the manufactured home or its parts, but for which correction may no longer be required under federal law.

### Additional Information HUD Manufactured Home Dispute Resolution Program

The steps and information outlined below apply only to the HUD Manufactured Home Dispute Resolution Program that operates in HUD-administered states, as described under the heading "Dispute Resolution Information" in this manual. Under the HUD Manufactured Home Dispute Resolution Program, homeowners must report defects to the manufacturer, retailer, installer, a State Administrative Agency, or HUD within 1 year after the date of the first installation. Homeowners are encouraged to report defects in writing, including, but not limited to, email, written letter, certified mail, or fax, but they may also make a report by telephone. To demonstrate that the report was made within 1 year after the date of installation, homeowners should report defects in a manner that will create a dated record of the report: for example, by certified mail, by fax, or by email. When making a report by telephone, homeowners are encouraged to make a note of the phone call, including names of conversants, date, and time. No particular format is required to submit a report of an alleged defect, but any such report should at a minimum include a description of the alleged defect, the name of the homeowner, and the address of the home.

Homeowners are encouraged to send reports of an alleged defect first to the manufacturer, retailer, or installer of the manufactured home, or a State Administrative Agency. Reports of alleged defects may also be sent to HUD at: HUD, Office of Regulatory Affairs and Manufactured Housing, Att: Dispute Resolution, 451 Seventh Street, SW., Washington, DC 20410-8000; faxed to (202) 708-4213; e-mailed to mhs@hud.gov , or reported telephonically at (202) 708-6423 or (800) 927-289

If, after taking the steps outlined above, the homeowner does not receive a satisfactory response from the manufacturer, retailer, or installer, the homeowner may file a dispute resolution request with the dispute resolution provider in writing, or b making a request by phone. No particular format is required to make a request for dispute resolution, b the request should generally include the following information:

The name, address, and contact information of the homeowner;

The name and contact information of the manufacturer, retailer, and installer of the manufactured home;

The date or dates the report of the alleged defect was made;

Identification of the entities or persons to whom each report of the alleged defect was made and the method that was used to make the report;

The date of installation of the manufactured home affected by the alleged defect; and

A description of the alleged defect.

Information about the dispute resolution provider and how to make a request for dispute resolution is available at http://www.hud.gov or by contacting the Office of Manufactured Housing Programs at (202) 708-6423 or (800) 927-2891.

A screening agent will review the request and, as appropriate, forward the request to the manufacturer, retailer, installer, and mediator. The mediator will mediate the dispute and attempt to facilitate a settlement. The parties to a settlement include, as applicable, the manufacturer, retailer, and installer. If the parties are unable to reach a settlement that results in correction or repair of the alleged defect, any party or the homeowner may request nonbinding arbitration. Should any party refuse to participate, the arbitration shall proceed without that party's input. Once the arbitrator makes a non-binding recommendation, the arbitrator will forward it to the parties and HUD. HUD will have the option of adopting, modifying, or rejecting the recommendation when issuing an order requiring the responsible party or parties to make any corrections or repairs in the home. At any time before HUD issues a final order, the parties may submit an offer of settlement to HUD that may, at HUD's discretion, be incorporated into the order.

In circumstances where the parties agree that one or more of them, and not the homeowner, is responsible for the alleged defect, the parties will have the opportunity to resolve the dispute outside of the HUD Mediation and Arbitration process by using the Alternative Process. Homeowners will maintain the right to be informed in writing of the outcome when the Alternative Process is used, within 5 days of the outcome. At any time after 30 days of the

Alternative Process notification, any participant or the homeowner may invoke the HUD Manufactured Home Dispute Resolution Program and proceed to mediation.

The HUD Manufactured Home Dispute Resolution Program is not a warranty program and does not replace the manufacturer's or any other warranty program.